ACCEPTED
01-14-00575-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 11:17:17 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00575-CR**

In the Court of Appeals for the
First District of Texas at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 11:17:17 PM
CHRISTOPHER A. PRINE
Clerk

◆

**No. 1909929**
In the County Criminal Court at Law No. 13
Harris County, Texas

◆

**VIBHA HARISH PATEL,**
*Appellant*

v.

**THE STATE OF TEXAS,**
*Appellee*

◆

**APPELLANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF**

◆

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Appellant Vibha Harish Patel respectfully moves to extend the deadline for filing her brief on direct appeal pursuant to Rules 2, 10.5(b), 38.6(d), and 37 of the Texas Rules of Appellate Procedure. Appellant offers the following in support:

1. On May 22, 2014, the judge of County Criminal Court at Law No. 13, Harris County, Texas, imposed a 5-day jail

sentence in this case pursuant to a jury's verdict that appellant was guilty of driving while intoxicated.

2. Appellant filed a timely notice of appeal.

3. Appellant's brief was due February 5, 2015.

4. Appellant requests an extension of time in which to file her brief until February 12, 2015. Applicant further requests that this Court accept the accompanying brief and order it filed.

5. Appellant has been granted two prior extensions of time in which to file her brief.

6. The facts relied upon to explain the need for this extension are:

   a. The medical issue that (in part) precipitated counsel's last extension request took more time to deal with and was finally resolved today; and

   b. Counsel has been in trial, or preparing for trial and/or sentencing, in many matters, some of which are:

      i. *United States v. Svetalina Zagon*, No. 12-CR-00626-SJ in the United States District Court for the Eastern District of New York

(Brooklyn Division);

ii. *State of Texas v. John Lancey,* No. 1405593 in the 184th District Court of Harris County, Texas;

iii. *State of Texas v. Michael Renteria,* No. 1445106 in the 182nd District Court, Harris County, Texas;

iv. *State of Texas v. Zachary Smith,* No. 30503 in the County Court at Law of Chambers County, Texas;

v. *United States v. Daniel Romero-Oseguera,* No. 4:14-cr-00094-13 in the United States District Court for the Southern District of Texas;

vi. *State of Texas v. Courtney Anderson,* No. 1971917 in the County Criminal Court at Law No. 7, Harris County, Texas; and

c. During the relevant time period the undersigned counsel has been working on numerous post-conviction writ matters, some of which are:

i. *Ex parte Javier Castro,* No. 1966885 in the County Criminal Court at Law No. 6, Harris

County, Texas;

ii. *Ex parte Robert Hodson*, No. 9419321-C in the 208th District Court of Harris County, Texas; and

iii. *Ex parte Jaime Vasquez*, No. 720173 (original case) in the 177th District Court of Harris County, Texas.

Consequently, additional time was necessary to file appellant's brief in this matter.

WHEREFORE, Appellant prays that this Court will grant an extension of time until February 12, 2015, in which to file her appellate brief in this case. Appellant further prays that this Court will accept her accompanying brief and order it filed.

Respectfully submitted,

/s/ Peyton Z. Peebles III

PEYTON Z. PEEBLES III

CAPITAINE, SHELLIST, PEEBLES
& MCALISTER, L.L.P.
405 Main Street, Suite 200
Houston, TX. 77002

Tel:   713-715-4500
Fax:   713-715-4505
Email: Peebles@TexasLegalTeam.net
SBOT: 24013307
SPN:   01759419
*Counsel for Appellant*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was served upon the following party on February 11, 2015, through the court's e-file system:

**Assistant District Attorney Alan Curry**
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, Texas 77002
*(Service through e-file to: curry_alan@dao.hctx.net)*


/s/ Peyton Z. Peebles III
_____
**PEYTON Z. PEEBLES III**